IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  2019CV030097

**YALE CONDOMINIUMS HOMEOWNER'S ASSOCIATION, INC.**,

    Plaintiff,

v.

**AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.**,

    Defendant.

## DEFENDANT'S NOTICE OF REMOVAL

TO:    PLAINTIFF AND HER ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Defendant American Family Mutual Insurance Company, S.I., by and through its counsel, Sandy Eloranto of Sutton | Booker | P.C., and pursuant to 28 U.S.C. §§ 1332, 1441, 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1, hereby submits this Notice of Removal as follows:

### INTRODUCTION AND BASIS FOR REMOVAL

1.    American Family Mutual Insurance Company, S.I. ("American Family") is the Defendant in the above titled action, originally filed in the District Court, Fremont County, Colorado, Case No. 2019CV030097. On or about July 30, 2019, Plaintiff, Yale Condominiums Homeowner's Association, Inc. ("Yale") filed its Complaint and Jury Demand in Fremont County District Court, Colorado.  The Complaint seeks recovery of damages as to American Family based on allegations of breach of contract, fraudulent misrepresentation and deceit and insurance bad faith. *See generally* Plaintiff's Complaint and Jury Demand, **Exhibit A**.

2. Any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant, to the district court of the United States for the district and division embracing the place where such action is pending. 28 U.S.C. § 1441(a). The district courts of the United States have original jurisdiction of all actions between the citizens of different states, when the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a)(1).

3. The present action is between citizens of different states. Yale is a citizen of the State of Colorado. *See* Documents on File with Colorado Secretary of State, **Exhibit B-1**; *see also* **Exhibit A** at ¶ 1. Defendant American Family is a citizen of the state of Wisconsin. *See* Documents on File with Colorado Secretary of State, **Exhibit B-2;** *see also* **Exhibit A** at ¶ 2.

4. The amount in controversy exceeds $75,000. *See* **Exhibit C**, Plaintiff's District Court Civil Cover Sheet (showing more than $100,000 sought); *see also* Paros Properties LLC v. Colorado Cas. Ins. Co., 835 F.3d 1264, 1272 (10th Cir. 2016) ("There is no ambiguity in the [Civil Case] cover sheet."). Plaintiff's Complaint alleges American Family "refused to fully compensate Yale for its losses from the July of 2018 storm." *See* **Exhibit A** at ¶ 29.

5. Therefore, as the diversity of citizenship and amount in controversy requirements have been met, this Court has original jurisdiction of this matter. Accordingly, Plaintiff's action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a).

6. This Notice of Removal is timely under 28 U.S.C. §1446(b). American Family has thirty (30) days from the date it was served with Plaintiff's Complaint to file its Notice of Removal. American Family was served with Plaintiff's Complaint and Jury Demand in this

matter on August 6, 2019. *See* **Exhibit D**. Thus, American Family's Notice of Removal is due September 5, 2019.

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

7. American Family has complied with the requirements of 28 U.S.C. § 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1.

8. Undersigned counsel will promptly file a Notice of Intent to Remove with the District Court for the County of Fremont County. *See* **Exhibit E**. A copy of this Notice of Removal will be promptly filed with the Clerk of Court for the County of Fremont County in Civil Action No. 2019CV030097 and provided to Plaintiff's counsel.

9. A copy of all process, pleadings, and orders that were served by the parties are attached. In addition to those mentioned above, the Summons to American Family is attached as **Exhibit F**. The register of actions is attached as **Exhibit G**. No trial, hearings, or other proceedings are currently scheduled in the District Court for the County of Fremont County. The process, pleadings, and orders are captioned as follows:

**Exhibit C**  District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint, Counterclaim, Cross-Claim or Third Party Complaint;

**Exhibit F**  Summons to American Family;

**Exhibit A**  Complaint and Jury Demand;

**Exhibit D**  Return of Service regarding American Family;

**Exhibit H**  American Family's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint with Proposed Order;

**Exhibit I**     Order granting American Family's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint.

WHEREFORE, pursuant to this Notice of Removal and 28 U.S.C. § 1441, Defendant, American Family Mutual Insurance Company, S.I. respectfully requests that this case be removed from the District Court for the County of Fremont County, that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action, and that the Defendant be afforded such further relief as this Court deems just and appropriate.

Respectfully submitted this 30th day of August, 2019.

*/s/ Sandy Eloranto*
Sandy Eloranto

Sutton | Booker | P.C.
4949 S. Syracuse, Suite 500
Denver, Colorado 80237
Telephone:  303-730-6204
Facsimile:   303-730-6208
E-Mail:  seloranto@suttonbooker.com
***Attorneys for Defendant,
American Family Mutual Insurance Company, S.I.***

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of August, 2019, I electronically filed a true and correct copy of the above and foregoing Defendant's Notice of Removal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

J. Richard Kunckel
The Law Office of J. Richard Kunckel
1525 Josephine Street
Denver CO  80206

Robert D. Trzynka
Brendtro Law Firm, Prof. LLC
1201 West Russell Street
PO Box 2583
Sioux Falls SD  57101

*/s/   Kayla Elizabeth O'Grady*
*A duly signed original is on file at*
*Sutton | Booker | P.C.*